IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY HEARN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASTCLIMBERS, LLC, a Georgia )<br>Limited Liability Corporation, )<br>)<br>Defendant. ) | Civil Action No.<br>1:11-cv-04352-CAP |

## ORDER GRANTING JOINT MOTION FOR ORDER APPROVING SETTLEMENT

Upon review of the Parties' Joint Motion for Order Approving Settlement, and for good cause shown, the Court hereby finds as follows: (1) there is no evidence of fraud or collusion behind the Parties' settlement of Plaintiff's claims; and (2) based on the complexity, expense, and likely duration of the litigation, the stage of the proceedings and the amount of discovery completed, the probability of the Plaintiff's success on the merits, the range of possible recovery, and the opinions of counsel, the Parties' settlement is fair, just, and reasonable under the circumstances.

WHEREFORE, the Court GRANTS the Parties' Joint Motion for Order Approving Settlement, and ORDERS that the Plaintiff's claim against Defendant is DISMISSED WITH PREJUDICE

**IT IS SO ORDERED**, this  4  day of May, 2012.

                                         /s/Charles A. Pannell, Jr.
                                         UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF GEORGIA